✎JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number: See Additional Information
- R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 25-cr-10273-NMG (under seal) ☑ Yes ☐ No

Defendant Name: KEJIA WANG    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Tony Wang

Address: Edison, New Jersey

Birth date (Yr only): ___   SSN (last 4#): ___   Sex: M   Race: Asian   Nationality: USA

**Defense Counsel if known:** Murdoch Walker II    Address: Lowther Walker LLC

Bar Number: _____

**U.S. Attorney Information**

AUSA: Jason A. Casey    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/26/2025    Signature of AUSA: *Jason A. Casey*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** KEJIA WANG

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | 18 U.S.C. § 1028(a)(7) | Conspiracy to Commit Identity Theft | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

24-mj-6089 through 6104-MPK / 24-mj-6386 through 6399-MPK / 24-mj-6892-MPK / 24-mj-9033 through 9039-MPK / 24-mj-6892-MPK / 24-mj-6896 (D.NJ) / 24-mj-10180 through 10185 (D.NJ) / 24-mc-3894 (EDNY) / 24-mj-3753 (SDCA) / 24-mj-00411 (D. Nevada)