UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEJIA WANG,<br>  a/k/a "Tony Wang,"<br><br>Defendant. | Criminal No. 25-cr-10274-NMG<br><br>Violations:<br><br>Count One: Conspiracy to Commit Wire and Mail Fraud<br>(18 U.S.C. § 1349)<br><br>Count Two: Money Laundering Conspiracy<br>(18 U.S.C. § 1956(h))<br><br>Count Three: Conspiracy to Commit Identity Theft<br>(18 U.S.C. §§ 1028(a)(7) and (f))<br><br>Forfeiture Allegations:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); 18 U.S.C. §§ 981(a)(1) and (a)(2)(B), 1028(b)(5), 1030(i); and 19 U.S.C. § 1595a(d)) |

## GOVERNMENT'S MOTION TO UNSEAL INFORMATION

The United States hereby respectfully moves the Court to unseal the Information in this matter. In support of this request, the government states there is no longer a need to maintain the Information under seal.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  /s/ Jason A. Casey
   JASON A. CASEY
   Assistant U.S. Attorney

Dated: June 30, 2025

So ordered.

_____
UNITED STATES MAGISTRATE JUDGE