UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> KEJIA WANG, <br> a/k/a "Tony Wang," <br><br> Defendant. | Criminal No. 25-cr-10274-NMG <br><br> Violations: <br><br> <u>Count One:</u> Conspiracy to Commit Wire and Mail Fraud <br> (18 U.S.C. § 1349) <br><br> <u>Count Two:</u> Money Laundering Conspiracy <br> (18 U.S.C. § 1956(h)) <br><br> <u>Count Three:</u> Conspiracy to Commit Identity Theft <br> (18 U.S.C. §§ 1028(a)(7) and (f)) <br><br> <u>Forfeiture Allegations:</u> <br> (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); 18 U.S.C. §§ 981(a)(1) and (a)(2)(B), 1028(b)(5), 1030(i); and 19 U.S.C. § 1595a(d)) |

## **GOVERNMENT'S MOTION TO UNSEAL INFORMATION**

The United States hereby respectfully moves the Court to unseal the Information in this matter. In support of this request, the government states there is no longer a need to maintain the Information under seal.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Jason A. Casey
JASON A. CASEY
Assistant U.S. Attorney

Dated: July 2, 2025 ~~June 30, 2025~~

So ordered.

_____
UNITED STATES ~~MAGISTRATE~~ District JUDGE