# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KEJIA WANG,<br><br>        Defendant. | Case No. 1:25-CR-10274-NMG-1<br><br>**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*** |

I, MURDOCH WALKER, II, Esq., pursuant to D. Mass. L.R. 83.5.3(e)(3), certify that (A) I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice; (B) I am not the subject of any disciplinary proceedings pending in any jurisdiction in which I am a member of the bar; (C) I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and (D) I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.  The Court to which I have been, and remain, generally admitted, and the dates of those admissions, are as follows:

| **Court** | **Date Admitted** |
|---|---|
| US Court of Appeals for the Fourth Circuit | 07/26/2016 |
| US Court of Appeals for the Sixth Circuit | 10/13/2017 |
| US Court of Appeals for the Seventh Circuit | 03/17/2017 |
| US Court of Appeals for the Eleventh Circuit | 06/24/2015 |
| US District Court for the District of Colorado | 11/04/2020 |
| US District Court for the Middle District of Georgia | 09/01/2017 |
| US District Court for the Northern District of Georgia | 10/28/2015 |
| US District Court for the Southern District of Georgia | 11/17/2014 |
| US District Court for the Northern District of Illinois | 09/21/2016 |
| US District Court for the Northern District of Indiana | 03/08/2017 |
| US District Court for the District of North Dakota | 12/18/2014 |
| US District Court for the Western District of Tennessee | 09/13/2016 |
| US District Court for the Eastern District of Texas | 08/11/2018 |
| Superior Courts of Georgia | 10/30/2014 |
| Supreme Court of Georgia (Bar No. 163417) | 09/01/2016 |

Date:     July 29, 2025

Respectfully submitted,

_____
Murdoch Walker, II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com